TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00059-CV






Irma Facundo, Appellant


v.


Juanita Solis, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. GN303391, HONORABLE DARLENE BYRNE, JUDGE PRESIDING





O R D E R



 Appellant's Emergency Motion to Stay Foreclosure Sale is overruled.





 __________________________________________


 Bea Ann Smith, Justice


Before Justices B. A. Smith, Puryear and Pemberton


Filed: April 29, 2005